Lurea HORNBUCKLE,
Plaintiff–Appellant

v.

BANK OF AMERICA NATIONAL
ASSOCIATION, Defendant–Appellee.

No. 14–10070
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 29, 2014.

Lurea Hornbuckle, Arlington, TX, pro se.

Before KING, PRADO, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

Lurea Hornbuckle, proceeding pro se, appeals the district court's dismissal of her civil action, which raised numerous assertions concerning foreclosure proceedings involving property located in Arlington, Texas. Because Hornbuckle has not addressed the reasons for the district court's dismissal of her action, she has abandoned any challenge to that decision. *See Brinkmann v. Dallas Cnty. Deputy Sheriff Abner*, 813 F.2d 744, 748 (5th Cir.1987).

Hornbuckle also appeals the district court's imposition of sanctions. A court's invocation of its inherent power to impose

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

sanctions should be confined to instances of "bad faith or willful abuse of the judicial process." *In re Moore,* 739 F.3d 724, 729 (5th Cir.2014) (internal quotation marks and citation omitted). In light of Hornbuckle's repetitive filings challenging the same subject matter, her actions met this standard, and the district court's $500 sanction did not constitute an abuse of discretion. *Id.* at 729–30. Accordingly, we AFFIRM the district court's judgment.

This court has previously warned Hornbuckle that "repetitive filings of frivolous claims regarding the same subject matter constitutes abuse of judicial process" and could result in sanctions. *See Hornbuckle v. Massachusetts Mut. Life Ins. Co.,* 399 Fed.Appx. 863, 865 (5th Cir.2010). Because Hornbuckle has not heeded this warning and has failed to brief any challenge to the reasons for the district court's dismissal of her instant action, a monetary SANCTION of $500 payable to the clerk of this court is IMPOSED. IT IS FURTHER ORDERED that Hornbuckle is BARRED from filing in this court or any court subject to this court's jurisdiction any pleadings until the sanction is paid in full, unless she first obtains leave of the court in which she seeks to file her pleadings. Hornbuckle is WARNED that any future frivolous or repetitive filings regarding the same subject matter will subject her to additional and progressively more severe sanctions, as will the failure to withdraw any pending matters that are frivolous.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.